IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE :

Empire Prime Capital Investments, Inc

§     CASE NO. 22-31121-MLV
§     (Chapter 11)
Debtor(s)     §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**City of Garland, Garland ISD**
c/o Linda D. Reece
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042
(972) 278-8282
(817) 860-6509 FAX
email: lreece@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: /s/ Linda D. Reece
    Linda D. Reece
    State Bar No. 24065471
    1919 S. Shiloh Rd., Suite 640, LB 40
    Garland, TX 75042
    (972) 278-8282
    (817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this date: June 28, 2022

    /s/ Linda D. Reece
    Linda D. Reece

| | |
|---|---|
| Joyce Lindauer<br>1412 Main Street #500<br>Dallas, TX 75202 | US Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75202 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2