Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **EMPIRE PRIME CAPITAL** § | **CASE NO. 22-31121-mvl** |
| **INVESTMENTS INC.,** § | **CHAPTER 11** |
| § | |
| Debtor. § | |

### AFFIDAVIT OF JUAN D. FAVELA

STATE OF TEXAS       )
                     )
COUNTY OF DALLAS     )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1.  "My name is Juan D. Favela and I am over eighteen (18) years of age. I am the President of Empire Prime Capital Investments Inc. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge.

2.  The Debtor does not prepare a Balance Sheet, Statement of Operations or Cash Flow Statement.

EXECUTED this 28th day of June, 2022.

_____
Juan D. Favela, President
Empire Prime Capital Investments inc.

Subscribed and sworn to before me this 28th day of June, 2022.

_____
Notary Public in and for the State of Texas
Printed Name: Dian Gwinnup
Notary ID No.: 4210918
My Commission Expires: 1-22-2025

[Notary Seal: DIAN GWINNUP, Notary Public, State of Texas, Comm. Expires 01-22-2025, Notary ID 4210918]