Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EMPIRE PRIME CAPITAL | § | CASE NO. 22-31121-mvl |
| INVESTMENTS INC., | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |

**AFFIDAVIT OF JUAN D. FAVELA**

STATE OF TEXAS         )
                       )
COUNTY OF DALLAS       )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Juan D. Favela and I am over eighteen (18) years of age. I am the President of Empire Prime Capital Investments Inc. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge.

2. The Debtor does not prepare a Balance Sheet, Statement of Operations or Cash Flow Statement.

EXECUTED this 28th day of June, 2022.

Juan D. Favela, President
Empire Prime Capital Investments inc.

Subscribed and sworn to before me this 28th day of June, 2022.

Notary Public in and for the State of Texas
Printed Name: Dian Gwinnup
Notary ID No.: 4210918
My Commission Expires: 1-22-2025

DIAN GWINNUP
Notary Public, State of Texas
Comm. Expires 01-22-2025
Notary ID 4210918