United States Department of Justice
Office of the United States Trustee
1100 Commerce St.   Room 976
Dallas, Texas   75242
(214) 767-8967

Meredyth A. Kippes
Assistant United States Trustee
meredyth.a.kippes@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
|---|---|---|
| | § | Case No. 22-31121-mvl-11 |
| EMPIRE PRIME CAPITAL | § | |
| INVESTMENTS INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Katharine Battaia Clark
Thompson Coburn LLP
2100 Ross Avenue, Ste. 3200
Dallas, TX   75201
972-629-7100
972-629-7171-fax
214-557-9180-mobile
kclark@thompsoncoburn.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:     Dallas, Texas
July 5, 2022                      WILLIAM T. NEARY,
                                           UNITED STATES TRUSTEE

By:   */s/ Meredyth A. Kippes*
       Meredyth A. Kippes
       Trial Attorney
       Texas Bar No. 24007882
       Office of the United States Trustee
       1100 Commerce Street, Room 976
       Dallas, Texas   75242
       (214) 767-8967
       meredyth.a.kippes@usdoj.gov

## Certificate of Service

I certify that on the 5th day of July, 2022, a copy of this document was served on each party listed on the attached matrix.

*/s/ Meredyth A. Kippes*
Meredyth A. Kippes