soantcstatcnf (03/22)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| Empire Prime Capital Investments Inc. | § | Case No.: 22−31121−mvl11 |
| | § | Chapter 11, Subchapter V |
| Debtor(s) | § | |

## *SCHEDULING ORDER AND NOTICE OF STATUS CONFERENCE*

The above−captioned debtor (the "***Debtor***") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "***Bankruptcy Code***"). This Scheduling Order and Notice of Status Conference facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED:**

1. ***Subchapter V Case***. Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Interim Federal Rules of Bankruptcy Procedure as adopted by this Court by General Order 2020−01.

2. ***Debtor's Compliance with § 1187***. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code.

3. ***Service of Notice of Commencement of Case by the Debtor***. The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor within 7 days after entry of the date of this Order.

4. ***Objections to Designation***. Any objection to the Debtor's designation as a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(b) no later than 30 days after the conclusion of the § 341 meeting of creditors, or within 30 days after any amendment to the Subchapter V designation, whichever is later.

5. ***Status Conference***. A Status Conference has been set on **8/23/22** at **09:30 AM** in the U.S. Bankruptcy Court, before the Honorable Michelle V. Larson at https://us−courts.webex.com/meet/larson to consider resolution of the case pursuant to 11 U.S.C. § 1188.

6. ***Debtor's § 1188(c) Report***. The Debtor must file with the Court and serve on the Subchapter V trustee and all parties in interest the pre−status conference report required under § 1188(c) of the Bankruptcy Code no later than August 9, 2022. The Debtor's report shall include, at a minimum, a description of the Debtor's business and operations, the Debtor's efforts to formulate a Chapter 11 plan of reorganization and the Debtor's efforts to communicate with creditors regarding any such plan.

7. ***Plan of Reorganization***. Unless otherwise ordered by the Court, the Debtor must file with the Court a plan of reorganization in accordance with § 1189 of the Bankruptcy Code on or before ***9/26/22***. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

8. ***Interim Trustee Compensation***. Within 30 days of the petition date and continuing monthly thereafter, Debtor shall remit to the Subchapter V trustee interim compensation in the amount of $1,000. The amount of interim compensation is subject to adjustment by the Court, after notice and hearing upon request of any interested party, and subject to final approval by the Court under 11 U.S.C. § 330. Debtor shall include this interim compensation in any proposed cash collateral budget.

9. ***Additional Deadlines***. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance, or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

### END OF ORDER ###